```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

PETE W. SMITH,              )
                            )
         Plaintiff,         )          4:05CV3237
                            )
    v.                      )
                            )
JC PENNEY CORPORATION, INC.,)          ORDER
                            )
         Defendant.         )
                            )

At the request of plaintiff,

IT IS ORDERED,

1. The prior order setting case on an accelerated schedule, filing 3, is withdrawn.

2. The clerk shall send the normal scheduling letter upon the appearance of counsel for defendant.

DATED this 2nd day of November, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge