IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETE W. SMITH, | ) | |
| Plaintiff, | ) | 4:05cv3237 |
| v. | ) | |
| JC PENNEY, | ) | ORDER |
| Defendant. | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by February 13, 2006, file their Report of Parties' Planning Conference.

DATED January 25, 2006.

/s/ *David L. Piester*
United States Magistrate Judge