```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

PETE W. SMITH,                    )
                                  )
              Plaintiff,          )          4:05CV3237
                                  )
      v.                          )
                                  )
JC PENNEY CORPORATION, INC.,      )             ORDER
                                  )
              Defendant.          )
                                  )
```

IT IS ORDERED:

Plaintiff's unopposed motion, filing 11, is granted and the deadline for filing the parties' Rule 26 planning conference report is extended to fourteen (14) days after the date upon which the defendant files its answer.

DATED this 7th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge