IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PETE W. SMITH, | ) | 4:05CV3237 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JC PENNEY CORPORATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for an extension of time to file his brief in response to the pending motion to compel arbitration. The parties have jointly stipulated that an extension until April 14, 2006 should be granted (filing 17). I find that the motion for extension should be granted.

Accordingly,

IT IS ORDERED:

1. Plaintiff's motion for extension of time (filing 18) is granted, and Plaintiff shall have until April 14, 2006 to respond to Defendant's Motion to Compel Arbitration and Dismiss or Stay Action (filing 16); and

2. In accordance with NECivR 7.1(c), Defendant shall have five days after service of Plaintiff's brief to file a reply brief and index of evidence.

March 24, 2006.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge